ACCEPTED
06-16-00009-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/27/2016 8:34:28 PM
DEBBIE AUTREY
CLERK

## NO. 06-16-00009-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE** |
| | § | |
| **VS.** | § | **6th COURT** |
| | § | |
| **STANTON YATES** | § | **OF APPEALS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

6/27/2016 8:34:28 PM

DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Stanton Yates, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 8th Judicial District Court of Hopkins County, Texas.

2.     The case below was styled the <u>STATE OF TEXAS vs. Stanton Yates,</u> and numbered 1525082.

3.     Appellant was convicted of Engaging in Organized Criminal Activity.

4.     Appellant was assessed a sentence of Life on January 14, 2016.

5.     Notice of appeal was given on January 15, 2016.

6.     The clerk's record was filed on February 25, 2016; the reporter's record was filed on March 14, 2016.

7. The appellate brief is presently due on June 27, 2016.

8. Appellant requests an extension of time of 7 days from the present date, i.e. June 27, 2016.

9. Three extensions to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

A. Appellant's attorney's planned on spending significant time on preparing and filing Appellant's brief during the week of January 20, 2016. However, each of Appellant's attorney's 5 children and his wife, a stay-at-home mom, became ill with a severe stomach virus. This required Appellant's attorney to stay home and care for his children and wife much of the week. Also, Appellant's attorney contracted the stomach virus and missed several days of work. Consequently, Appellant's attorney was able to spend very little time preparing Appellant's brief.

B. This is a serious case that involves a severe sentence and all appellate issues should be given sufficient consideration and time to be developed and properly briefed on appeal.

D. Although Appellant's attorney has spent considerable time thus far; he needs additional time to properly prepare Appellant's Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Martin Braddy Attorney at Law
121 Oak Avenue
Suite A
Sulphur Springs, TX 75482
Tel: (903) 885-2040
Fax: (903) 500-2704


By:＿＿/s/ Martin Braddy＿＿＿＿＿＿＿
    Martin Braddy
    State Bar No. 00796240
    martin.braddy@verizon.net
    Attorney for Stanton Yates

## **CERTIFICATE OF SERVICE**

This is to certify that on June 15, 2016, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Hopkins County, by electronic service through the Electronic Filing Manager.


                                 /s/ Martin Braddy
                                   Martin Braddy